**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Debbie Faye Beam, Daniel Thomas Williams, and
Christopher Lynn Beam, Defendants,

Of whom Debbie Faye Beam is the Appellant

and

Daniel Thomas Williams is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000477

---

Appeal From Spartanburg County
Usha J. Bridges, Family Court Judge

---

Unpublished Opinion No. 2022-UP-388
Submitted October 12, 2022 – Filed October 18, 2022

---

**AFFIRMED**

---

Nancy Carol Fennell, of Irmo, for Appellant.

Alex Kinlaw, III, of Greenville, as Guardian ad Litem for Appellant.

John Brandt Rucker, of The Rucker Law Firm, LLC, of Greenville, for Respondent Daniel Thomas Williams.

Jonathan Ashley Neal, of South Carolina Department of Social Services, of Spartanburg, for Respondent South Carolina Department of Social Services.

Jamia Diann Foster, of Law Office of Jamia D. Foster LLC, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Debbie Faye Beam appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Beam's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.